Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov
Counsel for Gerard R. Vetter
Acting United States Trustee for Region 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**JOHN AC CARTNER,**<br><br>Debtor. | Bankr. Case No. 20-00399-ELG<br>Chapter 7 |
| **GERARD R. VETTER,**<br>**Acting United States Trustee for Region 4,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHN AC CARTNER,**<br><br>Defendant. | Adv. Proc. No. 21-10007-ELG |

**MOTION TO FURTHER AMEND SCHEDULING ORDER AND EXTEND DISCOVERY DEADLINE**

Plaintiff, Gerard R. Vetter, Acting United States Trustee for Region 4 (the "U.S. Trustee" or "Plaintiff") respectfully requests that this Court amend its March 23, 2023 Scheduling Order (Doc. No. 47) and extend the discovery deadline from November 15, 2023 to February 15, 2024. In support of this motion, Plaintiff state as follows[1]:

---

[1] Undersigned counsel has had a number of discussions with counsel to the Defendant, John AC Cartner (the "Defendant") regarding the instant motion and the facts underlying the request. Undersigned requested counsel's consent to the instant motion, however, undersigned has not heard back from counsel.

1

1. On January 20, 2023, Plaintiff filed an Amended Complaint Objecting to Discharge (the "Amended Complaint") (Doc. No. 41).

2. On March 6, 2023, Defendant filed an Answer to the Amended Complaint (Doc. No. 45).

3. On March 23, 2023, the Court entered a Third Amended Scheduling Order (Doc. No. 47) directing that the Parties are to complete discovery on or before November 15, 2023.

4. The Defendant was scheduled to appear for an in-person deposition on November 6, 2023. However, Defendant informed his counsel that he would be unable to travel to Northern Virginia to attend the deposition as he had an upcoming medical procedure scheduled and was under the care of physicians.

5. Plaintiff's counsel requested that the Defendant provide documentation from his physician confirming the Defendant's upcoming procedure(s) and inability to travel. The Defendant's deposition was continued from November 6, 2023 to November 20, 2023 to allow for the presentation of support for the Defendant's requested continuance of the deposition. As of the date of this Motion, no such documentation has been provided.

6. The Plaintiff respectfully requests that the Court extend the discovery deadline to February 15, 2024 and continue the deadlines in the Scheduling Order accordingly and to allow the parties to prosecute their claims and defenses in an efficient and cost-effective manner. Plaintiff requests that the Court keep the December 13th hearing for a status conference and to hear any discovery motions that may be filed on that date and time.

Wherefore the Plaintiff respectfully request that this court enter an order extending the discovery deadline to February 15, 2024 and for such other and further relief as this Court deems just and proper.

Dated: November 15, 2023

I ask for this:

    Gerard R. Vetter
    Acting United States Trustee, Region Four

    By: */s/ Kristen S. Eustis*
    Kristen S. Eustis, Trial Attorney
    Federal Bar No. MD28984
    Office of the United States Trustee
    1725 Duke St., Suite 650
    Alexandria, VA 22314
    (703) 557-7227- Direct Dial
    Kristen.S.Eustis@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 15, 2023, I electronically filed the foregoing Motion with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Maurice Belmont VerStandig  - mac@mbvesq.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, paula.f.blades@usdoj.gov; robert.w.ours@usdoj.gov

        */s/ Kristen S. Eustis*
        Kristen S. Eustis