The order below is hereby signed.

Signed: December 14 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| JOHN AC CARTNER, | ) | Case No. 20-399-ELG- ELG |
| | ) | (Chapter 7) |
| Debtor. | ) | |
| | ) | |
| | ) | |
| GERARD R. VETTER, | ) | |
| Acting Unite States Trustee for Region 4, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adv. Pro. No. 21-10007-ELG |
| v. | ) | |
| | ) | |
| JOHN AC CARTNER, | ) | |
| | ) | |
| Defendant. | ) | |

## FOURTH AMENDED SCHEDULING ORDER

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in this Adversary Proceeding.

1. **Discovery.** Unless modified by order of this court, the following discovery deadlines apply:

1

    a.    The deadline for the parties to complete discovery is on or before February 15, 2024.

    b.    The parties shall make the expert witness disclosures required by Fed. R. Civ. Pro. 26(a)(2) except rebuttal expert witness disclosures, not later than October 1, 2021. Rebuttal expert witness disclosures shall be made no later than November 1, 2021.

    c.    No party may serve on another party more than 25 interrogatories or 30 requests for admission or take more than 5 depositions unless otherwise ordered by the Court.

2.    Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the final pre-trial conference to try to settle this matter.

3.    **Final Pretrial Conference.** A final pretrial conference will be held on a date and time to be determined by the Court by subsequent Order, at which a trial date will be scheduled, and deadlines set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements.

4.    **Summary Judgment or Other Dispositive Motions.** All motions for summary judgment or other dispositive motions shall be filed on or before March 15, 2024, responses to such motions shall be filed 17 days after any dispositive motion is filed.

5.    **Availability of Mediation.** Pursuant to Local Civil Rule 84.4 of the Local Rules of the United States District Court for the District of Columbia, this case may be assigned to the Mediation Program by joint request of the parties at any time sufficiently in advance of a scheduled trial as to not delay the trial or by the Court at either the initial or final pretrial conference. To request mediation, the parties must submit a consent order signed by all counsel (or by the parties themselves, if not represented by counsel) requesting referral to the Mediation Program. Pursuant to Local Civil Rule 84.5, after entry of an order referring a case to mediation,

the mediation staff will appoint from the Court's panel a mediator who is available during the appropriate period and who has confirmed, following such inquiry as may be appropriate, that no personal or professional conflict precludes his/her participation as mediator. The Circuit Executive's Office will notify the parties of the appointment. The Local Civil Rules governing the Mediation Program shall apply to all matters assigned to the Mediation Program and the parties are encouraged to familiarize themselves with the same.

6.    If the parties reach a settlement, they shall promptly file a motion pursuant to Bankruptcy Rule 9019 requesting approval of the settlement.

I ask for this:

Gerard R. Vetter
Acting United States Trustee, Region Four

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney Federal Bar No. MD28984
Office of the United States Trustee 1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Copies to: All counsel of record.