Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone/Fax: (301) 444-4600
E-mail: mac@mbvesq.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | Case No. 20-399-ELG |
| John A.C. Cartner ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| John P. Fitzgerald, III ) | |
| ) | |
| Plaintiff ) | Adversary Case No. 21-10007 |
| ) | |
| v. ) | |
| ) | |
| John A.C. Cartner ) | |
| ) | |
| Defendant ) | |

## SUGGESTION OF DEATH

IT IS HEREBY SUGGESTED that John A.C. Cartner ("Mr. Cartner") passed away on or about Wednesday, January 3, 2024.

This suggestion is premised upon an informal phone call received from an individual identifying herself as Mr. Cartner's daughter and next-of-kin, whose voice was generally recognized as consistent from a prior deposition taken in this matter.

Undersigned counsel has informally requested a copy of a death certificate, once one is issued, and will seasonably update this Honorable Court if and when such a certificate is received.

*[Signature on Following Page]*

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 5, 2024 | By: /s/ Maurice B. VerStandig |
|  | Maurice B. VerStandig, Esq. |
|  | Bar No. MD18071 |
|  | The VerStandig Law Firm, LLC |
|  | 1452 W. Horizon Ridge Pkwy, #665 |
|  | Henderson, Nevada 89012 |
|  | Phone: (301) 444-4600 |
|  | Facsimile: (301) 444-4600 |
|  | mac@mbvesq.com |

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of January, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

/s/ Maurice B. VerStandig
Maurice B. VerStandig

2