Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov
Counsel for Gerard R. Vetter
Acting United States Trustee for Region 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>**JOHN AC CARTNER,**<br><br>Debtor. | Bankr. Case No. 20-00399-ELG<br>Chapter 7 |
| **GERARD R. VETTER,**<br>**Acting United States Trustee for Region 4,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHN AC CARTNER,**<br><br>Defendant. | Adv. Proc. No. 21-10007-ELG |

## MOTION TO DISMISS ADVERSARY PROCEEDING

Plaintiff, Gerard R. Vetter, Acting United States Trustee for Region 4 (the "U.S. Trustee" or "Plaintiff") respectfully requests that this Court dismiss the complaint, as amended, in the above-captioned adversary against the defendant John A C Cartner. In support of this motion, Plaintiff states as follows:

1.  On January 20, 2023, Plaintiff filed an Amended Complaint Objecting to Discharge (the "Amended Complaint") (Doc. No. 41).

1

2. On March 6, 2023, Defendant filed an Answer to the Amended Complaint (Doc. No. 45).

3. On January 5, 2024, counsel for the defendant filed a Suggestion of Death, having been informed that the defendant passed away on or about Wednesday January 3, 2024.

4. Pursuant to Federal Rule of Civil Procedure 41(a)(2), made applicable pursuant to Federal Rule of Bankruptcy Procedure 41, the Plaintiff seeks to dismiss the amended complaint.

Wherefore the Plaintiff respectfully request that this court enter an order dismissing the amended complaint and for such other and further relief as this Court deems just and proper.

Dated: February 14, 2024

I ask for this:

        Gerard R. Vetter
        Acting United States Trustee, Region Four

        By: */s/ Kristen S. Eustis*
        Kristen S. Eustis, Trial Attorney
        Federal Bar No. MD28984
        Office of the United States Trustee
        1725 Duke St., Suite 650
        Alexandria, VA 22314
        (703) 557-7227- Direct Dial
        Kristen.S.Eustis@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2024, I electronically filed the foregoing Motion with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

I hereby also certify that on February 14, 2024, a copy of the foregoing Motion will be served via first class mail, postage prepaid, upon all parties in interest in the main bankruptcy case, as attached hereto.

*/s/ Robert W. Ours*
Robert W. Ours
Paralegal Specialist

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 20-00399-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Fri Feb  9 15:11:13 EST 2024 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 |
| 712 Timber Craven 1, LLC<br>George M. Oliver, Esq., Receiver<br>PO Box 1548<br>New Bern, NC 28563-1548 | 712 Timber Pitt 1, LLC<br>George M. Oliver, Esq., Receiver<br>PO Box 1548<br>New Bern, NC 28563-1548 | 712 Timber Pitt 2, LLC<br>George M. Oliver, Esq., Receiver<br>PO Box 1548<br>New Bern, NC 28563-1548 |
| 712 Timber, LLC<br>George M. Oliver, Esq., Receiver<br>PO Box 1548<br>New Bern, NC 28563-1548 | AGCarolina<br>100 East 1st Street<br>Greenville, NC 27858-1101 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Department of Treasury<br>Internal Revenue Service<br>CIO<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Diversified Adjustment Services, Inc<br>Dasi-Bankrupcty<br>Po Box 32145<br>Fridley, MN 55432-0145 |
| Garrett Williams<br>P O Box 1366<br>Greenville NC 27835-1366 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Mary Charles Cheek Armstrong<br>313 Halyard Court<br>Wilmington, NC 28405-4759 |
| Matthew P Weiner<br>P O Box 1801<br>Raleigh NC 27602-1801 | Michael Waldrop<br>3703 Computer Drive<br>Raleigh, NC 27609 | Nancy Brand<br>20222 Middletown Road<br>Cornelius, NC 28031-6534 |
| Nancy J. Brand<br>3638 Whitehill Drive<br>Charlotte, NC 28269-9712 | North Carolina Department of Revenue<br>NC Department of Revenue Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Oliver & Cheek, PLLC<br>405 Middle Street<br>New Bern, NC 28560<br>Attention: Ciara Rogers 28560-4930 |
| Union Bank<br>1011 Red Banks Road<br>Greenville, NC 27858-5908 | United States Small Business Admin.<br>P.O. Box 3198<br>Portland, OR 97208-3198 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Verizon Wireless<br>Attn: Verizon Bankruptcy<br>500 Technology Dr, Ste 500<br>Weldon Springs, MO 63304-2225 | Wheatley Law Group<br>710 Cedar Street<br>Beaufort, NC 28516-1906 | Wilbur Congleton<br>P.O. Box 205<br>Stokes, NC 27884-0205 |

| | | |
|---|---|---|
| Arthur Lander CPA PC<br>300 N. Washington St. #104<br>Alexandria, VA 22314-2530 | Gary E. Cargile<br>Cape Fear Land Company<br>5228<br>Leisure Circle<br>Wilmington, NC 28409 | John A C Cartner<br>1629 K. Street, NW<br>Suite 300<br>Washington, DC 20006-1631 |
| Marc E. Albert<br>Stinson LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006-4760 | Mike Gurkins<br>Country Boys Auction & Realty, Inc.<br>1211 W. Fifth Street<br>Washington, DC 27889-4211 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)JP Morgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)George Mason Oliver, Receiver | (d)Nancy Brand<br>20222 Middletown Rd<br>Cornelius, NC 28031-6534 | End of Label Matrix<br>Mailable recipients   34<br>Bypassed recipients    2<br>Total                  36 |