# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** <br><br> **JOHN AC CARTNER,** <br><br> Debtor. <br><br> **GERARD R. VETTER,** <br> **Acting United States Trustee for Region 4,** <br><br> Plaintiff, <br><br> v. <br><br> **JOHN AC CARTNER,** <br><br> Defendant. | **Bankr. Case No. 20-00399-ELG** <br><br> **Chapter 7** <br><br><br><br> **Adv. Pro. No. 21-10007-ELG** |

## NOTICE OF MOTION TO DISMISS ADVERSARY PROCEEDING AND HEARING AND DEADLINE TO OBJECT

**NOTICE IS HEREBY GIVEN** that the Acting United States Trustee has filed a motion to dismiss adversary proceeding.

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**NOTICE OF DEADLINE TO OBJECT.** If you do not want the court to grant the Motion or if you would like the court to consider your views, then pursuant to Local Bankruptcy Rule 9013-1, on or before **March 6, 2024**, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

**NOTICE OF HEARING.** A hearing on the Motion has been schedule before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for **March 13, 2024 at 10:00 a.m**. The hearing will be held in a hybrid in-person or Zoom for Government format. All participants may choose to appear either (a) in-person in Courtroom 1, United States Bankruptcy Court for the District of Columbia, E. Barrett Prettyman, 333 Constitution Ave. NW, Washington, DC 20001 or (b) by video using Zoom for Government. All parties participating by Zoom for Government before Judge Gunn should review and be familiar with the Virtual Hearing Expectations.

Parties in interest with questions may contact the undersigned. If you or your attorney do not file an objection by the deadline, the court may decide that you do not oppose the relief sought and may enter an order granting the relief requested.

February 14, 2024                                  GERARD R. VETTER
                                                  ACTING U.S. TRUSTEE, REGION 4


                                                  By: */s/ Kristen S. Eustis*
                                                  Kristen S. Eustis, Trial Attorney
                                                  Federal Bar No. MD28984
                                                  Office of the United States Trustee
                                                  1725 Duke St., Suite 650
                                                  Alexandria, VA 22314
                                                  (703) 557-7227- Direct Dial
                                                  Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

      I hereby certify that on February 14, 2024, I electronically filed the foregoing Notice of Hearing with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

      I hereby also certify that on February 14, 2024, a copy of the foregoing Notice will be served via first class mail, postage prepaid, upon all parties in interest in the main bankruptcy case, as attached hereto.

                                        */s/ Robert W. Ours*
                                        Robert W. Ours
                                        Paralegal Specialist

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 20-00399-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Fri Feb  9 15:11:13 EST 2024 | U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 |
| 712 Timber Craven 1, LLC<br>George M. Oliver, Esq., Receiver<br>PO Box 1548<br>New Bern, NC 28563-1548 | 712 Timber Pitt 1, LLC<br>George M. Oliver, Esq., Receiver<br>PO Box 1548<br>New Bern, NC 28563-1548 | 712 Timber Pitt 2, LLC<br>George M. Oliver, Esq., Receiver<br>PO Box 1548<br>New Bern, NC 28563-1548 |
| 712 Timber, LLC<br>George M. Oliver, Esq., Receiver<br>PO Box 1548<br>New Bern, NC 28563-1548 | AGCarolina<br>100 East 1st Street<br>Greenville, NC 27858-1101 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Department of Treasury<br>Internal Revenue Service<br>CIO<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Diversified Adjustment Services, Inc<br>Dasi-Bankrupcty<br>Po Box 32145<br>Fridley, MN 55432-0145 |
| Garrett Williams<br>P O Box 1366<br>Greenville NC 27835-1366 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Mary Charles Cheek Armstrong<br>313 Halyard Court<br>Wilmington, NC 28405-4759 |
| Matthew P Weiner<br>P O Box 1801<br>Raleigh NC 27602-1801 | Michael Waldrop<br>3703 Computer Drive<br>Raleigh, NC 27609 | Nancy Brand<br>20222 Middletown Road<br>Cornelius, NC 28031-6534 |
| Nancy J. Brand<br>3638 Whitehill Drive<br>Charlotte, NC 28269-9712 | North Carolina Department of Revenue<br>NC Department of Revenue Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | Oliver & Cheek, PLLC<br>405 Middle Street<br>New Bern, NC 28560<br>Attention: Ciara Rogers 28560-4930 |
| Union Bank<br>1011 Red Banks Road<br>Greenville, NC 27858-5908 | United States Small Business Admin.<br>P.O. Box 3198<br>Portland, OR 97208-3198 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX  77210-4457 |
| Verizon Wireless<br>Attn: Verizon Bankruptcy<br>500 Technology Dr, Ste 500<br>Weldon Springs, MO 63304-2225 | Wheatley Law Group<br>710 Cedar Street<br>Beaufort, NC 28516-1906 | Wilbur Congleton<br>P.O. Box 205<br>Stokes, NC 27884-0205 |

| | | |
|---|---|---|
| Arthur Lander CPA PC<br>300 N. Washington St. #104<br>Alexandria, VA 22314-2530 | Gary L. Cargile<br>Cape Fear Land Company<br>5228<br>Leisure Circle<br>Wilmington, NC 28409 | John A C Cartner<br>1629 K. Street, NW<br>Suite 300<br>Washington, DC 20006-1631 |
| Marc E. Albert<br>Stinson LLP<br>1775 Pennsylvania Avenue, NW<br>Suite 800<br>Washington, DC 20006-4760 | Mike Gurkins<br>Country Boys Auction & Realty, Inc.<br>1211 W. Fifth Street<br>Washington, DC 27889-4211 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850 | (d)JP Morgan Chase Bank, N.A.<br>PO Box 15368<br>Wilmington, DE 19850 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)George Mason Oliver, Receiver | (d)Nancy Brand<br>20222 Middletown Rd<br>Cornelius, NC 28031-6534 | End of Label Matrix<br>Mailable recipients   34<br>Bypassed recipients    2<br>Total                 36 |