The order below is hereby signed.

Signed: March 26 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

**JOHN AC CARTNER,**

       **Debtor.**

**GERARD R. VETTER,**
**Acting United States Trustee for Region 4,**

       **Plaintiff,**

       **v.**

**JOHN AC CARTNER,**

       **Defendant.**

**Bankr. Case No. 20-00399-ELG**

**Chapter 7**

**Adv. Pro. No. 21-10007-ELG**

### ORDER DISMISSING ADVERSARY PROCEEDING

Upon consideration of the motion filed by the Acting United States Trustee for Region 4

("U.S. Trustee") to dismiss the above-captioned adversary proceeding ("Motion"), and good cause

having been shown for the requested relief, it is, by the United States Bankruptcy Court for the

District of Columbia hereby

ORDERED that the Amended Complaint is hereby DISMISSED.

It is further ORDERED that the clerk shall mail copies of this order to the parties listed

below and give notice of this order to all parties listed on the mailing matrix.

I Ask For This:

GERARD R. VETTER
Acting United States Trustee, Region 4

By: */s/ Kristen S. Eustis*
Kristen S. Eustis, Trial Attorney
Federal Bar No. MD28984
Office of the United States Trustee
1725 Duke St., Suite 650
Alexandria, VA 22314
(703) 557-7227- Direct Dial
Kristen.S.Eustis@usdoj.gov

Copies to:

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Michael T. Freeman michael.t.freeman@usdoj.gov, robert.w.ours@usdoj.gov

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com;
verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

All creditors on mailing matrix

**END OF ORDER**